Leslie Vandale (SBN 238823)
William L. Buus (SBN 180059)
SCHIFFER & BUUS APC
4675 MacArthur Court, Suite 590
Newport Beach, CA 92660
Telephone:  (949)825-6140
Facsimile:   (949)825-6141
E-mail:      wbuus@schifferbuus.com

Attorneys for Plaintiff
JUDITH B. OHMOTT

Mia Farber (SBN 131467)
Bethany J. Grabiec (SBN 237009)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
Email:       farberm@jacksonlewis.com
Email:       grabiecb@jacksonlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., as acquirer of
certain assets and liabilities of Washington
Mutual Bank from the FDIC acting as receiver
(erroneously sued as "J.P. MORGAN CHASE BANK, N.E.")

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH B. OHMOTT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J.P. MORGAN CHASE BANK, N.E., a New York corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.:  **CV 09-8266 PA (JCx)**<br><br>Assigned for all purposes to the Honorable Percy Anderson, Dept. 15<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Case No.:  CV 09-8266 PA (JCx)　　　　　[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**ORDER**

After review of all papers and pleadings filed by the parties herein, the Court rules as follows:

Pursuant to Federal Rules of Civil Procedure ("FRCP")41(a)(1), and in accordance with the Stipulation of Dismissal of Entire Action With Prejudice by and between Plaintiff Judith B. Ohmott and Defendant JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver (erroneously sued as "J.P. MORGAN CHASE BANK, N.E.") ("Defendant"):

(1) The above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1);

(2) Each party shall bear its own attorney's fees and costs with respect to the dismissal of the above-captioned action; and

(3) The hearing on Defendant's motion for summary judgment, currently set for October 4, 2010 at 1:30 p.m. in this Department, is vacated.

IT IS SO ORDERED.

DATED: September 24, 2010

HONORABLE PERCY ANDERSON
United States District Court, Central District Judge

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:** JUDITH OHMOTT V. J.P. MORGAN CHASE BANK, N.E.

**CASE NUMBER:** CV 09-8266 PA (JCx)

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

On September 23, 2010, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

William L. Buus (SBN 180059)
SCHIFFER & BUUS APC
4675 MacArthur Court, Suite 590
Newport Beach, CA 92660
Telephone: (949)825-6140
Facsimile: (949)825-6141
E-mail: wbuus@schifferbuus.com

Attorneys for Plaintiff
JUDITH B. OHMOTT

☒ **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ **FEDERAL** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 23, 2010 at Los Angeles, California.

_____
Erika Shaw

1  4827-7334-2215, v.  1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28